111 F.3d 126
 Shawn R. Hines
v.
Seton Hall University, Seton Hall University Law School,
Michael Zimmer, Ronald Riccio, Vanessa Alleyne, Kathleen
Williams, Charles Sullivan, Wilfredo Caraballo, Gary Bavero,
Joan Neiccer, George Koeltzer, Keith Jones, ABC Corp., XYZ
Corp., John Doe, Jane Doe, Myla Giles, Psychologist,
University Counseling Services, U.S. Security Services,
Inc., Country Club Transportation Services, Inc., Seton Hall
University Board of Trustees, Reagents, President
 NO. 96-5523
 United States Court of Appeals,
Third Circuit.
 Mar 20, 1997
 
 Appeal From: D.N.J. ,No.94CV03054 ,
 Lifland, J.
 
 
 1
 Affirmed.